NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000650
12-JUN-2018
09:17 AM**

NO. CAAP-17-0000650


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


IN THE MATTER OF
THE REVOCABLE TRUST OF LIONEL V. DUPONTE
DATED JULY 9, 1982, AS AMENDED.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(T. NO. 17-1-0073)


ORDER GRANTING THE MAY 30, 2018
STIPULATION FOR DISMISSAL WITH PREJUDICE OF APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal With Prejudice of Appeal, filed May 30, 2018, by Beneficiary-Appellant Lionel Martin Dupont, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

//


//

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, June 12, 2018.

Chief Judge

Associate Judge

Associate Judge